# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–4 | User: admin | Date Created: 6/10/2022 |
| Case: 22–35375–cgm | Form ID: 309I | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
7950736     Cb/Ny&Co
7950741     Deptednelnet
7950748     Kohls/Cap1
7950750     Moneylion

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jennifer Lee Saldicco     93 Tonetta Lake Way     Brewster, NY 10509
ust     United States Trustee     Office of the United States Trustee     11A Clinton Ave.     Room 620     Albany, NY 12207
tr      Krista M. Preuss     Chapter 13 Standing Trustee     399 Knollwood Road     White Plains, NY 10603
aty     Wendy Marie Weathers     Clair Gjersten & Weathers, PLLC     4 New King Street     Suite 140     White Plains, NY 10604
smg     United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007
smg     N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201–0551
7950734     Cap One     Po Box 85015     Richmond, VA 23285–5075
7950735     Cb/Express     Po Box 182789     Columbus, OH 43218
7950737     Comenitybank/Jcrew     Po Box 182789     Columbus, OH 43218
7950738     Comenitybank/Victoria     Po Box 182789     Columbus, OH 43218
7950739     Crdtonebnk     585 S. Pilot Street     Las Vegas, NV 89119
7950740     Dept Of Education/Neln     121 S 13th St     Lincoln, NE 68508
7950742     Donald Saldicco     93 Tonetta Lake Way     Brewster, NY 10509
7950743     Edfincslfs     123 Center Park Drive     Knoxville, TN 37922
7950744     Edfinsvcs     252 N. Peters Rd, Suite 100     Knoxville, TN 37923
7950746     Fay Servicing LLC     1601 LBJ Freeway, Suite 150     Dallas, TX 75234
7950745     Fay Servicing Llc     440 S Lasalle St Fl 20     Chicago, IL 60605
7950747     Friedman Vartolo LLP     85 Broad Street     Suite 501     New York, NJ 10004
7950749     Lvnv Funding Llc     Po Box 1269     Greenville, SC 29602
7950751     Moneylion Inc     Po Box 1547     Sandy, UT 84091
7950752     Navy Federal Cr Union     Po Box 3700     Merrifield, VA 22119
7950753     Omega Rms     7505 W Tiffany Springs Parkway Suite 500     Kansas City, MO 64153
7950754     Opensky Cbnk     101 Crossways Park Dr W     Woodbury, NY 11797
7950755     Pace University     1 Pace Plz     New York, NY 10038
7950756     Portfolio Recov Assoc     150 Corporate Blvd     Norfolk, VA 23502
7950757     Webbank/Fingerhut     6250 Ridgewood Rd     Saint Cloud, MN 56303

TOTAL: 26