UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE:                                                       Chapter 13
                                                             Case No. 22-35375

Jennifer Saldicco

                                                             AFFIDAVIT OF SERVICE

                                        Debtor.
-------------------------------------------------------------------X

STATE OF NEW YORK          )
                           )   SS.:
COUNTY OF WESTCHESTER      )

       I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside in Yonkers, NY

       On June 13, 2022, I served a copy of the Chapter 13 Plan by first class mail, to each of the following persons at the last known address set forth after each name below.

***Trustee***
**Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

***U.S. Trustee***
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

      See creditor matrix attached.

Jennifer Dugan

Sworn to before me this
13th day of June, 2022

Notary Public, State of New York
My commission expires:

WENDY M. WEATHERS
Notary Public, State of New York
No. 02WE5073202
Qualified in Westchester County
Commission Expires February 18, 20____

4-16-23

22-35375

Cap One
Po Box 85015
Richmond, VA 23285-5075


Cb/Express
Po Box 182789
Columbus, OH 43218


Cb/Ny&Co


Comenitybank/Jcrew
Po Box 182789
Columbus, OH 43218


Comenitybank/Victoria
Po Box 182789
Columbus, OH 43218


Crdtonebnk
585 S. Pilot Street
Las Vegas, NV 89119


Dept Of Education/Neln
121 S 13th St
Lincoln, NE 68508


Deptednelnet


Donald Saldicco
93 Tonetta Lake Way
Brewster, NY 10509


Edfincslfs
123 Center Park Drive
Knoxville, TN 37922


Edfinsvcs
252 N. Peters Rd, Suite 100
Knoxville, TN 37923


Fay Servicing Llc
440 S Lasalle St Fl 20
Chicago, IL 60605


Fay Servicing LLC
1601 LBJ Freeway, Suite 150
Dallas, TX 75234


Friedman Vartolo LLP

85 Broad Street
Suite 501
New York, NJ 10004


Kohls/Cap1


Lvnv Funding Llc
Po Box 1269
Greenville, SC 29602


Moneylion


Moneylion Inc
Po Box 1547
Sandy, UT 84091


Navy Federal Cr Union
Po Box 3700
Merrifield, VA 22119


Omega Rms
7505 W Tiffany Springs Parkway Suite 500
Kansas City, MO 64153


Opensky Cbnk
101 Crossways Park Dr W
Woodbury, NY 11797


Pace University
1 Pace Plz
New York, NY 10038


Portfolio Recov Assoc
150 Corporate Blvd
Norfolk, VA 23502


Webbank/Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303