Certificate Number: 05781-NYS-DE-037043092

Bankruptcy Case Number: 22-35375



05781-NYS-DE-037043092

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 14, 2022, at 12:27 o'clock PM PST, Jennifer Saldicco completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date:   December 14, 2022          By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President