

December 15, 2022

Honorable Chief Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601-3315

      Re:    22-35375-cgm
               Jennifer Lee Saldicco

Dear Honorable Judge Morris,

Please be advised that all matters regarding the above referenced case is adjourned on consent from December 20, 2022 to January 31, 2023 at 9:00am.

If there are any questions, please feel free to contact me at 914-472-6202 or wendy@cgwesq.com.

                              Respectfully,

                              /s/Wendy Marie Weathers

                              Wendy Marie Weathers, Esq.

cc:
Krista M. Preuss via ECF
United States Trustee via ECF



4 NEW KING STREET, SUITE 140, WHITE PLAINS, NY 10604
PHONE 914-472-6202 FAX 914-472-1936 EMAIL INFO@CGWESQ.COM WEB WWW.CGWESQ.COM