UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                                    Chapter 13
                                                                                Case No. 22-35375
Jennifer Saldicco
                                                                                AFFIDAVIT OF SERVICE
                                                Debtor.
-----------------------------------------------------------X
STATE OF NEW YORK          )
                                                )   SS.:
COUNTY OF WESTCHESTER  )

      I, the undersigned, being sworn, say:  I am not a party to the action, am over 18 years of age and reside in Yonkers, NY

      On December 22, 2022, I served a copy of the Amended Chapter 13 Plan by first class mail, to each of the following persons at the last known address set forth after each name below.

***Trustee***
**Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

***U.S. Trustee***
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Katherine Heidbrink, Esq.
FRIEDMAN VARTOLO, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

Money Lion Inc.
P.O. Box 1547
Sandy, UT 84091

Resurgent Capital Services
P.O.Box 10587
Greenville, SC 29603-5884

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

US Department of Education c/o Nelnet
121 S 13th Street, Suite 201
Lincoln, NE 68508

Resurgent Capital Services
P.O.Box 10368
Greenville, SC 29603-0368

Resurgent Capital Services
P.O.Box 10587
Greenville, SC 29603-0587

Verizon by American InfoSource as Agent
455 N Santa Fe Avenue
Oklahoma City, OK 73118

Alliant Capital Management – HDH
c/o Weinstein &Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

Jennifer Dugan

Sworn to before me this
22nd day of December, 2022

Notary Public, State of New York
My commission expires:

WENDY M. WEATHERS
Notary Public, State of New York
No. 02WE5072002
Qualified in Westchester County
Commission Expires February 16, 20__

4-16-23