Revised 12/2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re;
**Jennifer Lee Saldicco**
*aka Jennifer L. Saldicco*
*fka Jennifer L. Koch*

Case No. 22-35375
Chapter 13

Debtor

SSN xxx-xx- 0019
------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on June 10, 2022 and was modified on February 8, 2023. The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015- 1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT**

The Plan is hereby **CONFIRMED.**



**Dated: March 17, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**