

December 11, 2024

Honorable Judge Paek
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601-3315

        Re:    22-35375-kyp
                 Jennifer Lee Saldicco

Dear Honorable Judge Paek,

Please be advised that all matters regarding the above referenced case is adjourned on consent from December 17, 2024 to February 11, 2025 at 10:00am.

If there are any questions, please feel free to contact me at 914-472-6202 or wendy@cgwesq.com.

                                  Respectfully,

                                  /s/Wendy Marie Weathers

                                Wendy Marie Weathers, Esq.

cc:
Thomas C. Frost, Chapter 13 Trustee via ECF
United States Trustee via ECF

