

## A Limited Liability Partnership formed in the State of New York

1325 Franklin Avenue, Suite 160, Garden City, NY 11530
t: (212) 471-5100   f: (212) 471-5150
friedmanvartolo.com

March 23, 2026

Honorable Kyi Young Paek
United States Bankruptcy Judge
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

> Re:   **Jennifer Lee Saldicco aka Jennifer L. Saldicco fka Jennifer L. Koch**
>
> **Bankruptcy Case No: 22-35375-kyp**

Dear Judge Paek:

This office represents Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2 ("Movant") in the above referenced action. Please be advised that Movant's Motion for Relief from the Automatic Stay with respect to the property located at 93 Tonetta Lake Way, Brewster, NY 10509 filed on February 20, 2026 (ECF Docket No. 38) is hereby withdrawn.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned. We thank the Court for its attention to this matter.

Respectfully submitted,

By:  /s/ Benjamin Gurvitch, Esq.
Benjamin Gurvitch, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

cc:

Jennifer Lee Saldicco aka Jennifer L. Saldicco fka Jennifer L. Koch
93 Tonetta Lake Way
Brewster, NY 10509
**Bankruptcy Debtor**

Donald Saldicco
93 Tonetta Lake Way
Brewster, NY 10509-0000
**Bankruptcy Co-Debtor**

Wendy Marie Weathers, Esq.
Clair Gjersten & Weathers, PLLC
4 New King Street, Suite 140
 White Plains, NY 10604
**Attorney for Debtor**

Thomas C. Frost
399 Knollwood Road, Suite 102
 White Plains, NY 10603
**Bankruptcy Trustee**

United States Trustee
11A Clinton Avenue, Room 620
Albany, NY 12207
**United States Trustee**